AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JAMES A. KINNEY,<br>*Plaintiff*<br>v.<br>WASHINGTON DEPT. [OF] CORRECTIONS, SECRETARY [OF] DOC VALE, SUPERINTENDENT SINCLARE and SGT. FLEENOR,<br>*Defendant* | )<br>)<br>) Civil Action No. 4:14-cv-05050-EFS<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: August 26, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia